UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
United States of America,

                              Plaintiff,

    -against-

                                            Case No. 7:17-mj-9566

Jason Mielre

                              Defendant.

---------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                SO ORDERED.

                                                                   _____
                                                                   Hon. Martin R. Goldberg
                                                                   United States Magistrate Judge

Dated: <u>1/26/2018</u> *Nunc Pro Tunc*
        Poughkeepsie, New York